UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cr-103 |
| | ) | Judge Edgar |
| HECTOR GUAJARDO and JOSE LARA | ) | |

## **ORDER**

Defendants Hector Guajardo and Jose Lara have each made motions to suppress evidence. [Doc. Nos. 26, 27]. Pursuant to 28 U.S.C. § 636(b)(1), the motions were referred to Magistrate Judge William B. Mitchell Carter for a report and recommendation. Magistrate Judge Carter held an evidentiary hearing, and has submitted his report and recommendation. [Doc. No. 49]. It is recommended that both motions to suppress be denied.

Defendants Guajardo and Lara have made objections.[Doc. Nos. 50, 51]. The Court has reviewed the record *de novo*, including the transcript of the suppression hearing held before Magistrate Judge Carter on January 24, 2008.

The Court concludes that the defendants' objections [Doc. Nos. 50, 51] are without merit and are **DENIED**. The Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1). The defendants' motions to suppress evidence [Doc. Nos. 26, 27] are **DENIED**.

SO ORDERED.

ENTER this the 25th day of March, 2008.

                                       */s/ R. Allan Edgar*
                                      R. ALLAN EDGAR
                                UNITED STATES DISTRICT JUDGE